UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

TUFENKIAN IMPORT/EXPORT VENTURES,
INC.,

                    Plaintiff,

       -against-

TRUETT FINE CARPETS & RUGS and DAVID
TRUETT,

                Defendants.

-------------------------------------------------------------- x

**JUDGE SCHEINDLIN**

**'08 CIV 4953**

Case No.

**RULE 7.1 STATEMENT**

RECEIVED
MAY 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of

record for plaintiff, Tufenkian Import/Export Ventures, Inc., certifies that plaintiff has no parent

corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
         May 28, 2008

                   COWAN, LIEBOWITZ & LATMAN, P.C.

                   By:    _Ronald W. Meister_____
                       Ronald W. Meister (rwm@cll.com)
                       Thomas Kjellberg (txk@cll.com)
            1133 Avenue of the Americas
            New York, New York  10036-6799
            Tel: (212) 790-9255
            Fax: (212) 575-0671
            **Attorneys for Plaintiff**