EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TUFENKIAN IMPORT/EXPORT VENTURES,

                Plaintiff (s),

-against-

TRUETT FINE CARPETS & RUGS and DAVID TRUETT,

                Defendant (s).
-------------------------------------------------------------------X

Index No. 08 CIV 4953
AFFIDAVIT OF SERVICE

STATE OF TEXAS    )
                          :s.s.:
COUNTY OF DALLAS  )

      LORENZO JOHNS, being duly sworn deposes and says:

      I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Texas.

      I am an agent for EPS Judicial Process Service, Inc. and received the Summons In A Civil Action, Civil Cover Sheet, Complaint, Rule 7.1 Statement, Individual Practices of Magistrate Judge Eaton, Individual Rules and Procedures Of Judge Shira A. Scheindlin, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and 3rd Amended Instructions for Filing an Electronic Case or Appeal for the above entitled-action to be served upon David Truett, defendant herein named.

      On the 3rd day of June, 2008, at approximately 4:47 p.m. at 15303 Dallas Parkway, Suite 700, Addison, Texas, I served true copies of the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON, INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN, PROCEDURES

FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING and 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL in the above entitled-action, upon DAVID TRUETT, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Jim Patterson, Esq. At time of service, Mr. Patterson identified himself as a Partner at Hiersche, Hayward, Drakeley & Urbach, P.C. Attorneys for David Truett and as a person authorized to accept service of process for David Truett.

Mr. Patterson is a Caucasian male, approximately 55 year of age, 5'7" tall, 175 lbs, with dark hair and dark eyes.

Sworn to before me this,
5th day of June, 2008

_____
NOTARY PUBLIC

_____ Sc# 2085
LORENZO JONES

BEATRIZ ADRIANA TORRES
Notary Public, State of Texas
My Commission Expires
04/13/2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

TUFENKIAN IMPORT/EXPORT VENTURES, INC.

V.

TRUETT FINE CARPETS & RUGS and DAVID TRUETT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: *Judge Scheindlin*

**08 CIV 4953**

TO: (Name and address of Defendant)

David Truett
1444 Oak Lawn Avenue, Suite 220
Dallas, Texas 75207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

MAY 29 2008

5/29/2008

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                 *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.