UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

TUFENKIAN IMPORT/EXPORT VENTURES, INC.,

            Plaintiff,

    -against-

TRUETT FINE CARPETS & RUGS and DAVID TRUETT,

            Defendants.

------------------------------------------------------------ x

Civil Action No. 08 CV 4953 (SAS)

**SCHEDULING ORDER**

Conference Date: July 14, 2008

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed R. Civ. P. 16(b) on June 19, 2008 (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

    1.    (a)    **Conference Date:** The Rule 16(b) conference for the above-captioned action is scheduled for July 14, 2008 at 4:30 p.m.

    (b)    **Appearances:**

| | |
|---|---|
| Plaintiff: | Ronald W. Meister |
| | Thomas Kjellberg |
| | Cowan, Liebowitz & Latman, P.C. |
| | 1133 Avenue of the Americas |
| | New York, NY 10036-6799 |
| | Tel: (212) 790-9255 |
| | |
| Defendants: | Anthony C. Xanthakis |
| | Craig A. Lamster |
| | Galvano & Xanthakis, P.C. |
| | 150 Broadway, Suite 2100 |
| | New York, NY 10038 |
| | Tel: (212) 349-5150 |

1

2.      **Issues Presented:** Did the defendants infringe plaintiff's registered copyright in an original design known as "Snakes and Ladders" by causing to be manufactured, offering for sale and selling goods embodying a design that is copied from and substantially similar to plaintiff's copyrighted design?

3.      **Discovery Schedule:**

(a)    **Persons to be deposed and schedule of planned depositions:**

**Plaintiff** will depose the following individuals:

  (A)   David Truett
  (B)   Truett Fine Carpets & Rugs by the individual(s) with the best knowledge concerning the design, manufacture and sale of, and the revenue derived from, the allegedly infringing goods

**Defendants** will depose the following individuals:

  (A)   James Tufenkian        (C)   Danny Wilbur
  (B)   Meal Birnbaum          (D)   Deirdre (last name unknown)

All depositions will be completed on or before ~~December 10,~~ *Nov. 17* 2008. *Automatic disclosures complete as of July 15. Doc. Requests by 8/1*

(b)     **Schedule for the Production of Documents:** Production to be completed on or before **October 15, 2008**.

(c)     **Experts' Reports and Depositions:** The depositions of all experts will be completed on or before ~~January~~ *Dec.* 15, 2009.

(d)     **Discovery Cut-Off:** Discovery will be completed on or before ~~February~~ *Jan* 13, 2009.

*Feb* (e)     **Deadline for Plaintiff to Supply its Pre-Trial Order Matters to Defendants:** ~~March~~ 13, 2009.

(f)     **Deadline for Parties to Submit Pre-Trial Order, Trial Briefs and Either (1) Proposed Findings of Fact and Conclusions of Law or (2) Proposed Voir Dire Questions and Proposed Jury Instructions:** ~~April 30, 2009.~~ *Feb. 27, 2008*

(g)     **Final Pre-Trial Conference:** The final pre-trial conference will be held on *Dec. 19* at *4:30*.

4.      **Limitations to be Placed on Discovery:** Documents designated confidential to be produced under a standard protective order.

2

24862/005/835726.1

5.  **Discovery Issues Presently Existing:** No discovery issues presently exist between the parties.

6.  **Anticipated Fields of Expert Testimony:** Not yet known

7.  **Anticipated Length of Trial:** The parties expect the trial to take approximately three trial days. *(jury)*

8.  **Statement Regarding the Amendment of this Scheduling Order:** The parties acknowledge that the Scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

                                    COWAN, LIEBOWITZ & LATMAN, P.C.

                                    By _____
                                        Ronald W. Meister (rwm@cll.com)
                                        Thomas Kjellberg (txk@cll.com)
                                        1133 Avenue of the Americas
                                        New York, New York 10036-6799
                                        (212) 790-9200
                                        Attorneys for Plaintiff


                                    GALVANO & XANTHAKIS, P.C.

                                    By _____
                                        Anthony Xanthakis (AX-2254)
                                        150 Broadway Suite 2100
                                        New York, NY 10038
                                        (212) 349-5150
                                        Attorneys for Defendants

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.                    7/14/08

3

24862/005/835726.1