UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Plaintiff, *Tufenkian*

-v-

Defendant. *Truett Fine Carpets*
-------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 4953 (SAS)

7/14/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated July 14, 2008

SO ORDERED:

_____
United States District Judge

August would be best.

Thanks