UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TUFENKIAN IMPORT/EXPORT VENTURES, INC.

     Plaintiff,        08 CIV 4953

  -against-         **RULE 7.1**
               (filed electronically)
TRUETT FINE CARPETS & RUGS AND
DAVID TRUETT,

     Defendants.
------------------------------------------------------------X

  PURSUANT TO FRCP 7.1 AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANTS, TRUETT FINE CARPETS & RUGS and DAVID TRUETT, CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD AND/OR WHICH OWN 10% MORE OF THE STOCK OF SAID PARTY. **NONE**

DATE: July 21, 2008

                 By: Anthony Xanthakis (2254)