UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TUFENKIAN IMPORT/EXPORT VENTURES, INC.

                Plaintiff,                         08 CIV 4953(SAS)

      -against-

TRUETT FINE CARPETS & RUGS AND
DAVID TRUETT,

                Defendants.
---------------------------------------------------------------X

## DECLARATION OF ANTHONY XANTHAKIS
## IN SUPPORT OF MOTION TO DISMISS

Anthony Xanthakis hereby declares the following under penalty of perjury:

    1. I am a member of Galvano & Xanthakis, PC , attorneys for the defendants and as such I am fully familiar with the facts and circumstances of this case.

    2. I submit this declaration in support of defendants' motion to dismiss the summons and complaint for failure of this court to acquire personal jurisdiction over the defendants.

    3. Attached to this declaration as Exhibit A, are three invoices evidencing sale of the three rugs to the Hilton Dallas Lincoln Center Hotel dated 4/19/2004.

    4. Attached to this declaration as Exhibit B is the letter from plaintiff to defendant, dated April 25, 2006 terminating their relationship.

Dated: New York, NY
       July 21, 2008

                                              _____
                                              Anthony Xanthakis, Esq. (2254)

# Exhibit A

# To Xanthakis Declaration

# Truett Fine Carpets and Rugs

A Division of David Truett Enterprises
1444 Oak Lawn Avenue
Suite 220
Dallas, TX 75207

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2004 | 2517 |

**PAID**

**Bill To**
HILTON SUPPLY MANAGEMENT
ATTN: EDWINA BURTT
9336 CIVIC CENTER DRIVE
BEVERLY HILLS, CA 90210

**Ship To**
DALLAS, TX

| P.O. No. | Terms | Project |
|---|---|---|
| 16448 | 50% DEPOSIT | 2517 |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | HAND TUFTED | HAND TUFTED RUG- CUSTOM AREA RUG @ LOBBY (C100) APPROX. SIZE 21'9" X 46' | 26,768.00 | 26,768.00 |
| | SLAB PAD | SLAB PAD FOR AREA RUG @ LOBBY (CP-100) | 751.00 | 751.00 |
| | PREPAYMENT | CUSTOMER DEPOSIT APPLIED TO INVOICE | -13,384.00 | -13,384.00 |
| | | RUG EXPECTED TO ARRIVE IN DALLAS FIRST WEEK OF APRIL | | |
| | | TERMS: 50% DEPOSIT, BALANCE NET 30 | | |

| | |
|---|---|
| **Subtotal** | $14,135.00 |
| **Sales Tax (0.00)** | $0.00 |
| **Total** | $14,135.00 |
| **Payments/Credits** | $-14,135.00 |
| **Balance Due** | $0.00 |

**Truett Fine Carpets and Rugs**

A Division of David Truett Enterprises
1444 Oak Lawn Avenue
Suite 220
Dallas, TX 75207

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2004 | 2546 |

PAID

| Bill To |
|---|
| HILTON SUPPLY MANAGEMENT<br>ATTN: A/P EDWINA BURTT<br>9336 CIVIC CENTER DRIVE<br>BEVERLY HILLS, CA 90210 |

| Ship To |
|---|
| DALLAS, TX |

| P.O. No. | Terms | Project |
|---|---|---|
| 16448 | 50% DEPOSIT | 2546 |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
|  | HAND TUFTED | HAND TUFTED RUG- CUSTOM AREA RUG @ ENTRY (C102) SIZE- 14' X 31' | 12,152.00 | 12,152.00 |
|  | SLAB PAD | SLAB PAD FOR AREA RUG@ ENTRY (C102) | 372.50 | 372.50 |
|  | PREPAYMENT | CUSTOMER DEPOSIT APPLIED TO INVOICE | -6,076.00 | -6,076.00 |
|  |  | RUG EXPECTED IN DALLAS FIRST WEEK OF APRIL |  |  |
|  |  | TERMS: 50% DEPOSIT, BALANCE NET 30 |  |  |

| | |
|---|---|
| **Subtotal** | $6,448.50 |
| **Sales Tax (0.00)** | $0.00 |
| **Total** | $6,448.50 |
| **Payments/Credits** | $-6,448.50 |
| **Balance Due** | $0.00 |

# Truett Fine Carpets and Rugs

A Division of David Truett Enterprises
1444 Oak Lawn Avenue
Suite 220
Dallas, TX 75207

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2004 | 2545 |

**PAID**

| Bill To |
|---|
| HILTON SUPPLY MANAGEMENT<br>ATTN: A/P EDWINA BURTT<br>9336 CIVIC CENTER DRIVE<br>BEVERLY HILLS, CA 90210 |

| Ship To |
|---|
| DALLAS, TX |

| P.O. No. | Terms | Project |
|---|---|---|
| 16448 | 50% DEPOSIT | 2545 |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| | HAND TUFTED | HAND TUFTED RUG- CUSTOM AREA RUG @ LOBBY (C101) APPROX. SIZE 24' X 60'6" | 37,744.00 | 37,744.00 |
| | SLAB PAD | SLAB PAD FOR AREA RUG @ LOBBY (CP101) | 1,372.50 | 1,372.50 |
| | PREPAYMENT | CUSTOMER DEPOSIT APPLIED TO INVOICE<br><br>RUG EXPECTED IN DALLAS FIRST WEEK IN APRIL<br><br>TERMS: 50% DEPOSIT, BALANCE NET 30 | -18,872.00 | -18,872.00 |

| | |
|---|---|
| Subtotal | $20,244.50 |
| Sales Tax (0.00) | $0.00 |
| Total | $20,244.50 |
| Payments/Credits | $-20,244.50 |
| **Balance Due** | $0.00 |

# Exhibit B

# To Xanthakis Declaration

# TUFENKIAN
ARTISAN CARPETS

April 25, 2006

Mr. David Truett
Truett Fine Carpets & Rugs
1444 Oak Lawn Avenue, Suite 220
Dallas, TX 75207

Dear David;

I am writing to advise you that Tufenkian has made the unilateral decision to terminate the relationship with your Company. We came to this decision for three primary reasons.

1) The limited amount of Tufenkian sales volume you have been able to generate in the Dallas market.

2) Tufenkian's desire to have a showroom in Dallas. As you well know we approached you a number of times to partner with us on a Tufenkian Showroom

3) The consistent struggle with your account over numerous credit issues to the point we feel it is detrimental to our growth with your account and the Market in general.

Please advise us of any projects your sales personnel have been developing. The projects should be registered and the list sent to me by May 19th. The rugs must be ordered by July 31st. All orders placed from May 1st through July 31st will be purchased on a cash before delivery basis. As of July 31, 2006 Tufenkian Carpets will supply only custom or back-ordered rugs that have been paid in full.

Sales Support will issue return authorizations for any rugs consigned to you or any rugs falling within the non-expired exchange period. These need to be returned by July 31st in order for you not to be invoiced. This also applies to the two display racks and double bars you have in your showroom.

We appreciate your past business and wish you the best in your future endeavors.

Regards,

*Harry Fry*

Harry Fry
V.P. Sales & Marketing


Cc:   Ron Elliott, Regional Director of Sales
      Deirdre Mangine, Regional Sales Manager
      Eric Jacobson, Chief Financial Officer
      Richard Fernicola, Director of Operations
      Marisa Mesropian, Director of Customer Relations
      Raven Hicks, Credit Collection Manager