UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TUFENKIAN IMPORT/EXPORT VENTURES, INC.

                     Plaintiff,                    08 CIV 4953(SAS)

              -against-                       **NOTICE OF MOTION**
                                                 (filed electronically)
TRUETT FINE CARPETS & RUGS AND
DAVID TRUETT,

                     Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Affidavit of David Truett dated July 21, 2008, the Declaration of Anthony Xanthakis, Esq., dated July 21, 2008, the Memorandum of Law of Anthony Xanthakis, dated July 21, 2008 and upon all the exhibits annexed thereto and all the proceedings had herein, the undersigned will move this Court at the Courthouse located at 500 Pearl Street, New York, New York, before the Hon. Judge Shira A. Scheindlin on a date to be determined by the Court or as soon as counsel can be heard, for an order under Federal Rules of Civil Procedure 12(b), dismissing plaintiff's summons and complaint for lack of personal jurisdiction of this court over the defendants.

      Opposition papers, if any, shall be served on or before August 21, 2008 pursuant to the Court's scheduling order.

      Reply papers, if any, shall be served on or before September 12, 2008, pursuant to the Court's scheduling order.

Dated:  July 21, 2008
         New York, New York

Yours, etc.,

GALVANO & XANTHAKIS, P.C.

By: _____
Anthony C. Xanthakis, Esq. (2254)
Attorneys for Defendants
150 Broadway, Suite 2100
New York, N.Y. 10038
(212) 349-5150

TO: Ronald William Meister
    **Cowan, Liebowitz & Latman, P.C.**
    Attorneys for Plaintiff
    1133 Avenue of the America's
    New York, NY 10036
    212-790-9255