*Scheindlin, J*

COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9255
Attorneys for Plaintiff

GALVANO & XANTHAKIS, P.C.
150 Broadway, Suite 2100
New York, NY 10038
(212) 349-5150
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

TUFENKIAN IMPORT/EXPORT VENTURES,        :
INC.,
                                          :
            Plaintiff,                    :    No. 08 Civ. 4953 (SAS) (DFE)
                                          :
      -against-                           :    ECF Case
                                          :
TRUETT FINE CARPETS & RUGS and DAVID      :    **CONSENT DECREE**
TRUETT,                                   :

            Defendants.                   :

-------------------------------------------------------------- x

WHEREAS Tufenkian Import/Export Ventures, Inc. ("Tufenkian") commenced this

action for copyright infringement against defendants David Truett Enterprises, Inc. d/b/a Truett

Fine Carpets & Rugs (sued as Truett Fine Carpets & Rugs), and David Truett (collectively,

"Defendants");

WHEREAS Tufenkian, on the one hand, and Defendants, on the other, have agreed to

resolve this action by, among other things, consenting to the entry of this Consent Decree;

24862/005/839861.3

NOW, THEREFORE, upon the consent of Tufenkian and Defendants, it is hereby ORDERED, ADJUDGED and DECREED that:

1.    David Truett Enterprises, Inc. d/b/a Truett Fine Carpets & Rugs is substituted for Truett Fine Carpets & Rugs as a defendant herein, and consents to the jurisdiction of this Court.

2.    This Court has personal jurisdiction over Defendants and over the subject matter of the cause of action pleaded in the complaint, and this Court is a proper venue for this action.

3.    Defendants acknowledge that Tufenkian is the owner of a valid copyright in the "Snakes and Ladders" carpet design, registered in Tufenkian's name at the United States Copyright Office under Registration No. VA0001184434.

4.    Defendants jointly and severally agree to pay to Tufenkian the sum of $50,000.00, payable to "Cowan, Liebowitz & Latman, P.C., as attorneys for Tufenkian Import/Export, Inc.," and delivered to Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036-6799 no later than August 21, 2008.

5.    Defendants, their agents, servants, employees, officers, directors, representatives, partners, parents, subsidiaries, divisions, affiliates, transferees, predecessors, successors, heirs, assigns, and all persons in active concert and privity with any of them are hereby permanently enjoined from:

(a)    using, reproducing, displaying or copying, or authorizing any third party to use, reproduce, display or copy, any design or other work of visual art, or any other copyrighted matter, owned or controlled by Tufenkian, including but not limited to the works registered under the federal registration numbers listed on Schedule A hereto (the "Works"), in any manner or form, in connection with the manufacture, importation,

2

distribution, display, advertisement, promotion, sale, offering for sale, or providing of any
goods in any fashion; or

    (b)    assisting, facilitating, or contributing to the acts of others in infringing,
either directly, contributorily, or vicariously, any of Tufenkian's rights in and to the
Works.

6.    Notwithstanding paragraph 5 above, Defendants shall be permitted to sell off any
genuine Tufenkian carpets remaining in inventory as of the date of this Consent Decree.

7.    Subject to the payment described in Paragraph 4 above, Tufenkian's claims in this
action based on any conduct by Defendants occurring prior to the entry of this Consent Decree
are hereby dismissed.

8.    Tufenkian waives any claim for monetary or injunctive relief against the Hilton
Dallas Lincoln Centre Hotel, Hilton Supply Management, or any affiliated or related entity in
connection with this action.

9.    In the event that this Court determines that there has been a material breach by
Defendants of the terms of this Consent Decree, such breach shall:

    (a)    be deemed to constitute immediate and irreparable injury to Tufenkian,
entitling Tufenkian to the entry of immediate injunctive relief without notice or the need
for the posting of a bond; and

    (b)    entitle Tufenkian to recover its reasonable attorneys' fees and costs
incurred in connection with successfully enforcing the terms of this Consent Decree.

10.    Except as set forth in the immediately preceding paragraph, each party to this
Consent Decree shall bear its own costs and attorneys' fees in connection with this action, and

each party hereby waives and releases the other from any liability for all costs and fees incurred in this action.

11. This Court shall retain continuing jurisdiction over the parties to this Consent Decree and over the subject matter of this action for the purposes of interpreting and enforcing the terms of this Consent Decree.

12. The parties hereto waive the right to appeal from or otherwise contest this Consent Decree, which may be entered without further notice to any party.

CONSENTED TO:

DAVID TRUETT ENTERPRISES, INC.
d/b/a TRUETT FINE CARPETS & RUGS          Dated: August 19, 2008

By: David Truett
Title: President

DAVID TRUETT          Dated: August 19, 2008

TUFENKIAN IMPORT/EXPORT VENTURES,
INC.          Dated: August 20, 2008

By: BARBARA FULLER
Title: VICE PRESIDENT, MARKETING

COWAN, LIEBOWITZ & LATMAN, P.C.

By_____

Ronald W. Meister (rwm@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff


GALVANO & XANTHAKIS, P.C.

By_____

Anthony Xanthakis (axanthakis@gxlegal.com)
150 Broadway, Suite 2100
New York, New York 10038
(212) 349-5150
Attorneys for Defendants

SO ORDERED this____day of
August, 2008

_____
U.S.D.J.

**SCHEDULE A**
**Copyright Registrations Owned by**
**Tufenkian Import/Export Ventures, Inc.**
**as of**
**August 14, 2008**

| Title of Work | Registration No. |
|---|---|
| Acre | VA0001185731 |
| Afshan | VA0000998897 |
| Agra border | VA0000620910 |
| Agra panel | VA0000700202 |
| Alik tamarind: no. 965 274 | VA0001268239 |
| American deco: no. 11 | VA0000620912 |
| Antique reproduction oushak | VA0000348298 |
| Antique reproduction serapi | VA0000348297 |
| Antique reproduction tabriz | VA0000348267 |
| Aqua | VA0001186235 |
| Aragats | VA0000998899 |
| Arak | VAu000458575 |
| Arax midnight | VA0001203993 |
| Arching Lattice | VA0001397983 |
| Ard | VA0001266571 |
| Argyle: no. 323 | VAu000278085 |
| Aria | VA0001186236 |
| Asante | VA0000620915 |
| Ashkabad harvest | VA0001203995 |
| Assumed Arabesque | VA0001367923 |
| Autumn tapestry: no. 405, 136 | VA0000736578 |
| Aztec | VA0000348299 |
| Backgammon | VA0001184429 |
| Bakshaish | VA0000609967 |
| Bamboo | VA0001184005 |
| Bamboo forest | VA0001348220 |
| Beama | VA0000348272 |
| Bessarabian acanthus | VA0000700197 |
| Bidjar | VA0000711332 |
| Bidjar border | VA0000639216 |
| Bitlis | VAu000458576 |
| Boardgame | VA0001184427 |
| Bouvardia | VA0000766484 |
| Box Step: no. 2237/05 | VA0001373065 |
| Brisas | VAu000458572 |

| Title of Work | Registration No. |
|---|---|
| Brisas: no. 325 | VAu000278086 |
| Britton | VA0000766473 |
| Brocade | VA0000736581 |
| Calais | VA0000766474 |
| Cameo | VAu000550155 |
| Cathedral | VA0000736582 |
| Cave culture | VA0001081978 |
| Cerescia | VA0000700207 |
| Chartres | VA0000766472 |
| Chelsea garden | VA0001348221 |
| Chimbay | VA0001367920 |
| Chimera | VA0001180802 |
| Chit chat | VA0001093497 |
| Chrysanthemum | VA0001308399 |
| Chrysanthemum | VA0000766475 |
| Cirque | VA0001308394 |
| Climber | VA0001253682 |
| Climbing blossom | VA0001394854 |
| Cloud nine | VA0001308389 |
| Clouds & flowers: no. 103 | VA0000700195 |
| Coconino | VA0001348223 |
| Compass | VA0001308395 |
| Cottonwood | VA0001308396 |
| Crack up | VA0001184422 |
| Critter prints: no. 780 | VAu000401161 |
| Crossword | VA0001184428 |
| Damask trellis | VA0000700196 |
| Danik | VA0001266570 |
| Deco panel | VA0000700208 |
| Donegal branches | VA0000700184 |
| Doodles: no. 2170 | VA0001107074 |
| Dorset | VA0001367919 |
| Double square | VA0001184430 |
| Dragnet | VA0001184423 |
| Dunes | VA0000700187 |
| Eclipse | VA0001081976 |
| Erzerum | VAu000458577 |
| Etienne | VA0001367918 |
| Eva H | VA0001307275 |
| Fauxbois : no. 231 | VA0000852207 |
| Ferns | VA0001081975 |
| Few stripes | VA0001253675 |
| Firjustan | VA0001308402 |

| Title of Work | Registration No. |
|---|---|
| Flemish | VA0000620909 |
| Fleur de lis | VA0000736579 |
| Floral cascade | VA0001308397 |
| Floral heriz | VA0000700191 |
| Flower power | VA0001308398 |
| Fontenay | VA0000766470 |
| French & English empire | VA0000609973 |
| French tulips | VA0001308393 |
| Gedin | VA0001266569 |
| Geometry | VA0000609974 |
| Gerooz border | VA0000700190 |
| Gharni celery: no. TP4 C48 | VA0000998893 |
| Go | VA0001184431 |
| Gohar | VA0000998898 |
| Gothic crest | VA0000766481 |
| Graphique | VA0000348271 |
| Here & there | VA0001184424 |
| Heriz | VA0000609969 |
| Hothouse | VAu000458570 |
| Hyphenopoly | VA0001308392 |
| Icecube border | VA0001394853 |
| Iceplum | VA0001406562 |
| Igloo | VA0001253680 |
| Implied damask | VA0001367922 |
| Inlay | VA0001114019 |
| Interlocking squares | VA0001154434 |
| Inverness | VA0001308407 |
| Ionic garden | VA0000700188 |
| Jacobean tapestry | VA0000700206 |
| Kaibab | VA0001348222 |
| Kandahar | VA0001279270 |
| Karadjah | VA0001081979 |
| Kashquai | VA0000700203 |
| Kensington | VAu000278087 |
| Kilkenny | VA0001367917 |
| Kirman | VA0000766477 |
| Kooshan | VA0001266574 |
| Kumasi | VA0000700200 |
| Kyirong | VA0001367916 |
| Kyoto | VA0001081981 |
| Lagoon | VAu000458574 |
| Lattice | VA0001185730 |
| Leopard | VA0000609976 |

| Title of Work | Registration No. |
|---|---|
| Lismore | VA0001367915 |
| Lotus & vine | VA0000700201 |
| Low tide | VA0001367924 |
| Magnolia | VA0000766480 |
| Magnolia | VA0000620908 |
| Mahal | VA0000700205 |
| Marand | VA0000998901 |
| Marash | VA0000766482 |
| Marble | VA0000609971 |
| Marsovan: no. 766 | VAu000401162 |
| Mason | VAu000458573 |
| Mason: no. 327 | VAu000278084 |
| Mediterraneo | VA0000700199 |
| Melas border | VA0000609975 |
| Melody | VAu000550156 |
| Ming border | VA0000620911 |
| Minuet | VAu000550154 |
| Mission | VAu000278088 |
| Mod: no. 2242/06 | VA0001373073 |
| Mountain peonies | VA0000766483 |
| Navereh flagstone: no. TP3 N59 | VA0000998894 |
| Ningxia clouds | VA0000700193 |
| Ningxia scroll | VA0000620913 |
| Not all squares | VA0001184432 |
| Nouveau | VA0000352014 |
| On the dot | VA0001367921 |
| Oribon | VA0000348269 |
| Pablo | VA0001081980 |
| Palmette | VA0000736580 |
| Pebbles | VA0000700204 |
| Persian branches | VA0001367913 |
| Plumber | VA0001253679 |
| Poppy | VA0000705385 |
| Prati | VA0001307276 |
| Rag weave | VA0001154433 |
| Righe | VA0001307278 |
| Ringtoss | VA0001394852 |
| Rukesh | VA0001308403 |
| Samarkand | VA0001308405 |
| Samarkand | VA0000348270 |
| Samkara | VA0001308404 |
| Samsoon | VAu000458571 |

| Title of Work | Registration No. |
|---|---|
| Sanskrit border | VA0001394851 |
| Santa Fe | VA0000609972 |
| Sardarabad stone: no. TP1 AC63 | VA0000998895 |
| Savonnerie lattice | VA0000620907 |
| Seashells | VA0000700198 |
| Sebastia | VA0001066076 |
| Sestilo | VA0001185100 |
| Setana: Abstract "K": Tau | VA0000609970 |
| Sevan | VA0001266573 |
| Shadows | VA0001186237 |
| Shahjahan: no. 284 | VA0000833016 |
| Shoowa | VA0000620906 |
| Shoowa border: no. 311, 151 | VA0000736583 |
| Shoowa pebbles: no. 310 | VA0000736577 |
| Shuri: no. 283 | VA0000833015 |
| Shushi caviar: no. TK 40/7019 | VA0001233683 |
| Sliding square | VA0001184433 |
| Slipped blocks | VA0001253681 |
| Snakes and ladders | VA0001184434 |
| Soft spot: no. 2117 | VA0001343482 |
| Spectrum | VA0001308390 |
| Stained glass | VA0000348268 |
| Stones | VA0001185732 |
| Streets of Paris | VA0001184425 |
| Stripe rag | VA0001186238 |
| Sultanabad | VA0000609968 |
| Sunburst medallions | VA0000700186 |
| Sunflowers | VA0000766471 |
| Supai | VA0001348224 |
| Swirls: no. 252 | VA0000852206 |
| Taba | VA0001307277 |
| Tabriz medallion | VA0000700185 |
| Take five | VA0001253678 |
| Tangled chrys | VA0000700192 |
| Tapeats | VA0001348226 |
| Tashkent eggshell | VA0001203994 |
| Tem ar tem | VA0001266572 |
| Tempo | VAu000550153 |
| Terra | VA0001186240 |
| Tides | VA0001308391 |

| Title of Work | Registration No. |
|---|---|
| Tiger paw | VA0000700194 |
| Tingpa | VA0001367912 |
| Tortoise: no. 285 | VA0000833017 |
| Total eclipse | VA0001253677 |
| Total eclipse | VA0001288480 |
| Total eclipse border | VA0001394850 |
| Towering blocks | VA0001253676 |
| Trastevere | VA0001186239 |
| Triplex | VA0001308401 |
| Tripoli | VA0001308400 |
| Tumble down | VA0001081977 |
| Twilight III marsh | VA0001307274 |
| Ven | VA0001184426 |
| Venetia | VA0001406563 |
| Vermont | VA0001184435 |
| Veronese | VA0000766478 |
| Vishnu | VA0001348225 |
| Voysey tulips | VA0000700189 |
| Waltz | VAu000550157 |
| Weathervane | VA0001184436 |
| Westminster | VA0000766479 |
| Wycham | VA0000348300 |
| Zagros | VA0000766476 |
| Zahrani gilt | VA0000998896 |
| Zanjabad | VA0001308406 |
| Zara | VA0001367914 |
| Zephyr | VA0001406561 |
| Zeytoun | VAu000458578 |
| Ziegler | VA0000620914 |
| Zigzaggery | VA0001214922 |
| Zither | VA0001428298 |

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:                    (        )

Dear Litigant,

      Enclosed is a copy of the judgment entered in your case.

      Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

      If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

      The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

      The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

                        **J. Michael McMahon, Clerk of Court**

by: _____

                                  , Deputy Clerk

**United States District Court**
**Southern District of New York**
**Office of the Clerk**
**U.S. Courthouse**
**500 Pearl Street, New York, N.Y. 10007-1213**

```
-----------------------------------------X
                                         |        NOTICE OF APPEAL
                                         |
                                         |
            -V-                          |
                                         |        civ.          (   )
                                         |
                                         |
-----------------------------------------X
```

Notice is hereby given that _____
                                                    (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                                  (day)                (month)            (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____        (      ) _____-_____
                                         (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 1

## United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
#### 500 Pearl Street, New York, N.Y. 10007-1213

---------------------------------------------X
                                             |
                                             |     **MOTION FOR EXTENSION OF TIME**
                                             |     **TO FILE A NOTICE OF APPEAL**
            -V-                              |
                                             |         civ.          (    )
                                             |
                                             |
---------------------------------------------X

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                                  (party)

requests leave to file the within notice of appeal out of time. _____
                                                                         (party)

desires to appeal the judgment in this action entered on _____ but failed to file a
                                                                  (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]


                                             _____
                                                        (Signature)

                                             _____
                                                        (Address)

                                             _____
                                                  (City, State and Zip Code)

Date: _____          (    ) _____-_____
                                                  (Telephone Number)


**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).


APPEAL FORMS

Docket Support Unit                                          Revised: April 9, 2006

FORM 2

# United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------X
                              |
                              |          NOTICE OF APPEAL
                              |               AND
            -V-               |   MOTION FOR EXTENSION OF TIME
                              |
                              |      civ.           (    )
                              |
------------------------------X
```

1.    Notice is hereby given that _____ hereby appeals to
                                            (party)

the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
                        [Give a description of the judgment]

2.    In the event that this form was not received in the Clerk's office within the required time

_____ respectfully requests the court to grant an extension of time in
            (party)

accordance with Fed. R. App. P. 4(a)(5).

    a.    In support of this request, _____ states that
                                                (party)

this Court's judgment was received on _____ and that this form was mailed to the
                                            (date)

court on _____ .
                (date)

                                        _____
                                                    (Signature)

                                        _____
                                                    (Address)

                                        _____
                                            (City, State and Zip Code)

Date: _____        (    ) _____-_____
                                            (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the
District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if
the United States or an officer or agency of the United States is a party).

APPEAL FORMS
Docket Support Unit                                    Revised: April 9, 2006

FORM 3

## United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 500 Pearl Street, New York, N.Y. 10007-1213

-------------------------------------X
                      |

**AFFIRMATION OF SERVICE**

      -V-            |

               |        civ.       (  )

-------------------------------------X

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
      New York, New York

                                  _____
                                       (Signature)

                                  _____
                                       (Address)

                                  _____
                            (City, State and Zip Code)